## GEORGE G. WILTSE v. CITY OF RED WING.[2]

### April 12, 1907.

### Nos. 15,074—(29).[3]

Action in the district court for Goodhue county to recover $678.85, the amount of injury occasioned certain household goods belonging to plaintiff by the bursting of defendant's reservoir and the escape of water therefrom. The case was tried before Williston, J., and a jury which returned a verdict for defendant. From an order denying a new trial, plaintiff appealed. Reversed.

*J. C. McClure*, for appellant.

*F. M. Wilson*, for respondent.

[1]Reported in 111 N. W. 388.    [2]Reported in 111 N. W. 1134.
[3]April, 1907, term.

PER CURIAM.

This case is controlled by Wiltse v. City of Red Wing, 99 Minn. 255, 109 N. W. 114. The facts are identical. It is true that in Gould v. Winona Gas Company, supra, page 258, 111 N. W. 254, this court held that the doctrine of res ipsa loquitur applied to damage caused by the escape of gas from mains laid in the public street. That case did not overrule or disturb the holding of this court in Berger v. Minneapolis Gaslight Co., 60 Minn. 296, 62 N. W. 336. No new consideration, accordingly, is here presented which was not involved in the previous case.

The order of the district court, refusing to grant a new trial, is reversed.